# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2021

## NO. 03-20-00387-CV

**Jay C. Chowning and Clifton Chowning, Appellants**

**v.**

**Mark L. Boyer; Laureen Boyer; Lake Austin Storage, LLC; and 2017 River Bend, L.P., Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, SMITH
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final order signed by the district court on July 23, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's final order. Therefore, the Court affirms the district court's final order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.